AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| TRIMBLE, JR., JAMES T. | U S DISTRICT COURT FOR THE WESTERN DISTRICT OF LOUISIANA | 11/26/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U S SENIOR DISTRICT JUDGE | ☐ Nomination  Date<br>☐ Initial ☐ Annual ☑ Final<br>**5b.** ☑ Amended Report | 01/01/2018<br>to<br>08/03/2018 |

**7. Chambers or Office Address**

516 HILLCREST DRIVE
ALEXANDRIA, LA 71301

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRIMBLE, JR., JAMES T. | 11/26/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRIMBLE, JR., JAMES T. | 11/26/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ADP | A | Dividend | | | Sold | 02/08/18 | J | | |
| 2. KHC | A | Dividend | J | T | | | | | |
| 3. NYVTX | A | Dividend | M | T | | | | | |
| 4. | | | | | Buy (add'l) | 01/02/18 | J | | |
| 5. | | | | | Buy (add'l) | 02/01/18 | J | | |
| 6. | | | | | Buy (add'l) | 03/01/18 | J | | |
| 7. | | | | | Buy (add'l) | 04/02/18 | J | | |
| 8. | | | | | Buy (add'l) | 05/01/18 | J | | |
| 9. | | | | | Buy (add'l) | 06/01/18 | J | | |
| 10. | | | | | Buy (add'l) | 06/28/18 | J | | |
| 11. | | | | | Buy (add'l) | 06/28/18 | J | | |
| 12. | | | | | Buy (add'l) | 07/02/18 | J | | |
| 13. DE | A | Dividend | K | T | | | | | |
| 14. RTN | A | Dividend | K | T | | | | | |
| 15. ETN | A | Dividend | K | T | | | | | |
| 16. HTGC | A | Dividend | K | T | | | | | |
| 17. LALDX | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRIMBLE, JR., JAMES T. | 11/26/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 01/02/18 | J | | |
| 19. | | | | | Buy (add'l) | 02/01/18 | J | | |
| 20. | | | | | Buy (add'l) | 03/01/18 | J | | |
| 21. | | | | | Buy (add'l) | 04/02/18 | J | | |
| 22. | | | | | Buy (add'l) | 05/01/18 | J | | |
| 23. | | | | | Buy (add'l) | 06/01/18 | J | | |
| 24. | | | | | Buy (add'l) | 07/02/18 | J | | |
| 25. COST | A | Dividend | J | T | | | | | |
| 26. RDS/A | A | Dividend | K | T | | | | | |
| 27. WM | A | Dividend | K | T | | | | | |
| 28. HCOAX | A | Dividend | L | T | | | | | |
| 29. SNAP | A | Dividend | J | T | | | | | |
| 30. REDWOOD TR INC BOND | A | Interest | | | Sold | 03/27/18 | J | | |
| 31. ENERGY TRANSFER PARTNERS BOND | A | Interest | | | Sold | 06/15/18 | J | | |
| 32. WEB COM GROUP INC BOND | A | Interest | J | T | | | | | |
| 33. CSV CAP CORP BOND | A | Interest | J | T | | | | | |
| 34. SOLARITY CITY BOND | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRIMBLE, JR., JAMES T. | 11/26/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. AEGEAN MARINE PETE IETWORK INC BOND | A | Interest | J | T | | | | | |
| 36. ENDOLOGIX INC BOND | A | Interest | J | T | | | | | |
| 37. PROSPECT CAP CORP | A | Interest | J | T | | | | | |
| 38. CANADIAN SOLAR INC | A | Interest | J | T | | | | | |
| 39. | | | | | Buy (add'l) | 07/05/18 | J | | |
| 40. HCI GRP INC | A | Interest | J | T | | | | | |
| 41. TITAN MACHY INC BOND | A | Interest | J | T | | | | | |
| 42. | | | | | Buy (add'l) | 07/05/18 | J | | |
| 43. TEEKAY OFFSHORE PARTNS BOND | A | Interest | | | Sold | 07/03/18 | J | | |
| 44. EGALET CORP BOND | A | Interest | J | T | | | | | |
| 45. WHITING PETROLEUM CORP BOND | A | Interest | J | T | | | | | |
| 46. PENNYMAC CORP BOND | A | Interest | J | T | | | | | |
| 47. PORTFOLIO RECOVERY ASSOC INC BOND | A | Interest | J | T | | | | | |
| 48. NEW YORK MTG TR INC BOND | A | Interest | J | T | | | | | |
| 49. ANTRUST FINL SVCS INC BOND | A | Interest | | | Sold | 01/11/18 | J | | |
| 50. BLACKSTONE MTG TR INC BOND | A | Interest | J | T | | | | | |
| 51. | | | | | Buy | 03/27/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRIMBLE, JR., JAMES T. | 11/26/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. GAIN CAP HLDGS INC BOND | A | Interest | J | T | | | | | |
| 53. | | | | | Buy | 01/11/18 | J | | |
| 54. TPG SPECIALTY LENDING INC BOND | A | Interest | J | T | | | | | |
| 55. | | | | | Buy | 06/20/18 | J | | |
| 56. FIRST RUST STIFEL BEST PICKS BONDS | A | Interest | L | T | | | | | |
| 57. | | | | | Buy (add'l) | 01/23/18 | L | | |
| 58. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 59. | | | | | Sold (part) | 01/22/18 | L | | |
| 60. FCSAX | B | Dividend | L | T | | | | | |
| 61. | | | | | Sold (part) | 06/29/18 | J | | |
| 62. | | | | | Buy (add'l) | 07/06/18 | J | | |
| 63. FSGFX | B | Dividend | K | T | | | | | |
| 64. | | | | | Sold (part) | 01/22/18 | J | | |
| 65. | | | | | Sold (part) | 02/13/18 | J | | |
| 66. | | | | | Sold (part) | 03/12/18 | J | | |
| 67. | | | | | Buy (add'l) | 04/04/18 | J | | |
| 68. | | | | | Sold (part) | 04/13/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRIMBLE, JR., JAMES T. | 11/26/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 06/29/18 | J | | |
| 70. | | | | | Buy (add'l) | 07/06/18 | J | | |
| 71. FVSAX | A | Dividend | K | T | | | | | |
| 72. | | | | | Sold (part) | 01/22/18 | J | | |
| 73. | | | | | Sold (part) | 04/13/18 | J | | |
| 74. | | | | | Buy (add'l) | 07/06/18 | J | | |
| 75. FSAMX | A | Dividend | J | T | | | | | |
| 76. | | | | | Sold (part) | 01/18/18 | J | | |
| 77. | | | | | Sold (part) | 01/22/18 | J | | |
| 78. | | | | | Buy (add'l) | 04/13/18 | J | | |
| 79. FSCFX | A | Dividend | K | T | | | | | |
| 80. | | | | | Sold (part) | 01/22/18 | J | | |
| 81. | | | | | Sold (part) | 01/24/18 | J | | |
| 82. | | | | | Buy (add'l) | 02/13/18 | J | | |
| 83. | | | | | Sold (part) | 03/12/18 | J | | |
| 84. | | | | | Buy (add'l) | 04/06/18 | J | | |
| 85. | | | | | Buy (add'l) | 04/13/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRIMBLE, JR., JAMES T. | 11/26/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 06/29/18 | J | | |
| 87. FLCPX | A | Dividend | J | T | | | | | |
| 88. | | | | | Sold (part) | 01/22/18 | J | | |
| 89. | | | | | Buy (add'l) | 02/13/18 | J | | |
| 90. FIONX | A | Dividend | J | T | | | | | |
| 91. | | | | | Sold (part) | 01/18/18 | J | | |
| 92. | | | | | Sold (part) | 01/22/18 | J | | |
| 93. | | | | | Buy (add'l) | 04/13/18 | J | | |
| 94. | | | | | Buy (add'l) | 06/29/18 | J | | |
| 95. FERGX | A | Dividend | J | T | | | | | |
| 96. | | | | | Sold (part) | 01/22/18 | J | | |
| 97. | | | | | Buy (add'l) | 02/12/18 | J | | |
| 98. | | | | | Buy (add'l) | 06/29/18 | J | | |
| 99. AQMNX | A | Dividend | J | T | | | | | |
| 100. FAUDX | A | Dividend | J | T | | | | | |
| 101. FPIOX | A | Dividend | J | T | | | | | |
| 102. FPCIX | A | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRIMBLE, JR., JAMES T. | 11/26/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. FRGXX | A | Dividend | J | T | | | | | |
| 104. EGRIX | A | Dividend | J | T | | | | | |
| 105. PCRIX | A | Dividend | J | T | | | | | |
| 106. PFF | A | Dividend | J | T | | | | | |
| 107. GFFFX | A | Dividend | K | T | | | | | |
| 108. IVV | A | Dividend | K | T | | | | | |
| 109. FDIGX | B | Dividend | K | T | | | | | |
| 110. FAFTX | A | Dividend | K | T | | | | | |
| 111. JLVIX | B | Dividend | K | T | | | | | |
| 112. SCIOX | A | Dividend | K | T | | | | | |
| 113. FRUAX | A | Dividend | K | T | | | | | |
| 114. FRDAX | A | Dividend | K | T | | | | | |
| 115. BX | A | Dividend | K | T | | | | | |
| 116. VIG | A | Dividend | K | T | | | | | |
| 117. VZ | A | Dividend | K | T | | | | | |
| 118. LDLFX | A | Dividend | J | T | | | | | |
| 119. PBSMX | A | Dividend | | | Sold | 01/10/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRIMBLE, JR., JAMES T. | 11/26/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. PIFZX | A | Dividend | K | T | | | | | |
| 121. GFFFX | A | Dividend | K | T | | | | | |
| 122. ITA | A | Dividend | K | T | | | | | |
| 123. SGOIX | A | Dividend | J | T | | | | | |
| 124. WGIFX | A | Dividend | K | T | | | | | |
| 125. FRDAX | A | Dividend | K | T | | | | | |
| 126. | | | | | Sold (part) | 01/29/18 | J | | |
| 127. BARKSDALE FEDERAL CREDIT UNIN | A | Interest | J | T | | | | | |
| 128. CAPITAL ONE | A | Interest | J | T | | | | | |
| 129. RED RIVER BANK | A | Interest | J | T | | | | | |
| 130. RAINTREE ASSOCIATES, GULPORT, MISSISSIPPI | B | Rent | N | W | | | | | |
| 131. EXXON | A | Dividend | J | T | | | | | |
| 132. U S SAVING BONDS SERIERS E | E | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRIMBLE, JR., JAMES T. | 11/26/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JAMES T. TRIMBLE, JR.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544